

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED:  11/23/2021 |

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF REGIONAL OFFICES
WESTCHESTER REGIONAL OFFICE

November 23, 2021

**Via ECF**

Hon. Nelson S. Roman, U.S.D.J.
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re:    Vidal v. Venettozzi et al., 18-cv-06184 (NSR)

Dear Hon. J. Roman:

This Office represents the defendants Don E. Venettozzi, Eric Gutwein, Wayne Carrol, and Bryan P. Anspach in this is a 42 U.S.C. § 1983 action brought by pro se state inmate Joseph Vidal alleging due process violations related to a prison disciplinary hearing at Green Haven Correctional Facility. This is a letter motion for additional time to complete discovery. The current discovery completion date is November 30th. Defendants have provided documentary discovery to Plaintiff at the time of this letter and have noticed the deposition of Plaintiff for December 7, 2021, past the current deadline due to a heavy calendar and a few personal matters including the flooding of the undersigned's home during Ida and a Delta outbreaks at child's school. Defendants need additional time to speak to Defendants to finish responses to Plaintiff's interrogatories for defendants and request additional time to complete discovery to January 7, 2022.

Respectfully submitted

Janice Powers, Esq.
Asst. Attorney General

cc: Joseph Vidal DIN No: 94-A-5584 Joseph Vidal DIN No: 94-A-5584 Eastern Correctional Facility P.O. Box 338 Napanoch, NY 12458

Defendants' request for an extension is granted. The discovery completion date is extended to January 7, 2022. The Clerk of Court is directed to terminate the motions at ECF Nos. 58 & 62, mail a copy of this endorsement to pro se plaintiff, and show service on the docket.

Dated: November 23, 2021
White Plains, NY

SO ORDERED:

NELSON S. ROMÁN
United States District Judge

**MEMO ENDORSED**

44 SOUTH BROADWAY, WHITE PLAINS, NY 10601 ● OFFICE: (914) 422-8755 ● FAX (914) 422-8706 ● AG.NY.GOV