# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------X

JOSEPH VIDAL,

                  Plaintiff,                  18 **CIVIL** 6184 (NSR)

    -against-                              **JUDGMENT**

DONALD E VENETTOZI, et al.,

                  Defendants.

-------------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated August 20, 2024, the Court GRANTS Defendants' motion for summary judgment. Judgment is entered in favor of Defendants and the case is closed.

**Dated:**  New York, New York
           August 21, 2024

                                              **DANIEL ORTIZ**
                                         **Acting Clerk of Court**

                        **BY:**
                                            **Deputy Clerk**